IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

In Re:  Cases Referred to
        Magistrate Judge Susan M. Novotny          Case Number:   1:01cv731


ORDER

The above case is hereby transferred from the docket of Magistrate Judge Susan M. Novotny

to the docket of Magistrate Judge David S. Perelman.

IT IS SO ORDERED.


___s/Susan J. Dlott_____
Susan J. Dlott
United States District Judge