| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☑ Addressee<br>B. Received by (Printed Name): BE11ups<br>C. Date of Delivery: 2.9.04<br>D. Is delivery address different from item 1? ☐ Yes  ☑ No<br>If YES, enter delivery address below: |
| 1. Article Addressed to:<br><br>David Billups # 211903<br>Ross Corr. Inst.<br>P.O. Box 7010<br>Chillicothe, Ohio<br>45601 | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 0500 0002 0889 9254 |
| PS Form 3811, August 2001 | Domestic Return Receipt   102595-01-M-2509 |

1:01cv0731 doc.#23 Perelman