*FILED*
*JAMES BONINI*
*CLERK*

*2004 FEB 12 AM 11: 46*

*U.S. DISTRICT COURT*
*SOUTHERN DIST OHIO*
*WEST DIV CINCINNATI*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DAVID BILLUPS,
   PLAINTIFF,

-vs-

PAT HURLEY,
   RESPONDENT.        /

CASE NO.  C-1-01-731
JUDGE DLOTT
MAGISTRATE JUDGE PERELMAN

MOTION FOR EXTENSION OF TIME
TO FILE OBJECTIONS TO THE MAGISTRATE'S
REPORT AND RECOMMENDATION, AND AFFIDAVIT.

Petitioner, David Billups, moves this Court for an extension
of time to file objections to the Magistrate's Report and
Recommendation which was filed February 2, 2004.

As verified by the Petitioner's signature on the Certified
Receipt, Petitioner received the Magistrate's Report and
Recommendation on February 9, 2004.  Because the ten (10)
day limit falls on the 12th of February 2004, Petitioner
needs additional time to respond.

DATE 2.9.04

/s/ *[signature]*
David Billups
P.O. Box 7010-211903
Chillicothe, Ohio  45601

I hereby certify pursuant to 28 U.S.C. 1746 under penalty of
perjury the foregoing is true and correct in its entirety.

DATE 2.9.04

/s/ *[signature]*
David Billups

CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing has been served
to Counsel for Respondent at: M. Scoott Criss#0068105, 140 East
Town St., Columbus, Ohio 43215 this 9th day of February 2004
by regular U.S. Mail.

/s/ *[signature]*
David Billups

-1-