*Granted to March 15, 2004*
*Susan J. Dlott*
*Feb 13, 2004*

FILED
JAMES BONINI
CLERK

2004 FEB 12 AM 11: 46

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DAVID BILLUPS,
   PLAINTIFF,

   -vs-

PAT HURLEY,
   RESPONDENT.   /

CASE NO.  C-1-01-731
JUDGE DLOTT
MAGISTRATE JUDGE PERELMAN

## MOTION FOR EXTENSION OF TIME
## TO FILE OBJECTIONS TO THE MAGISTRATE'S
## REPORT AND RECOMMENDATION, AND AFFIDAVIT.

    Petitioner, David Billups, moves this Court for an extension of time to file objections to the Magistrate's Report and Recommendation which was filed February 2, 2004.

    As verified by the Petitioner's signature on the Certified Receipt, Petitioner received the Magistrate's Report and Recommendation on February 9, 2004. Because the ten (10) day limit falls on the 12th of February 2004, Petitioner needs additional time to respond.

DATE __2.9.04__

        /s/ David Billups
        David Billups
        P.O. Box 7010-211903
        Chillicothe, Ohio 45601

    I hereby certify pursuant to 28 U.S.C. 1746 under penalty of perjury the foregoing is true and correct in its entirety.

DATE __2.9.04__

        /s/ David Billups
        David Billups

## CERTIFICATE OF SERVICE

    I hereby certify a copy of the foregoing has been served to Counsel for Respondent at: M. Scoott Criss#0068105, 140 East Town St., Columbus, Ohio 43215 this 9th day of February 2004 by regular U.S. Mail.

        /s/ David Billups
        David Billups

-1-