UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
JAMES BONINI
CLERK

2004 MAR -9 PM 12: 48

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

DAVID BILLUPS
   PETITIONER,

-VS-

HARRY CARTER,
   RESPONDENT.  /

CASE NO. C-1-01-731
JUDGE DLOTT
MAGISTRATE JUDGE PERELMAN

### NOTICE OF CHANGE OF ADDRESS

Petitioner, David Billups, brings notice to this Court of his new address:

> DAVID BILLUPS
> P.O. BOX 740-211903
> LONDON, OHIO
> 43140

Respectfully Submitted,

/s/ [signature]
David Billups
P.O. Box 740-211903
LOndon, Ohio
43140

REspectfully Submitted,

/s/ [signature]

### CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing has been served to Counsel for REspondent at: M. Scott Criss#0068105, 140 East Town Street, Columbus, Ohio 43215-6001 this 7th day of March 2004 by regular U.S. Mail.

/s/ [signature]
David Billups

-1-