IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DAVID BILLUPS,<br><br>    Plaintiff(s)<br><br>vs.<br><br>HAROLD CARTER,<br><br>    Defendant(s) | Case Number: 1:01cv731-SJD<br><br>District Judge Susan J. Dlott |

### JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . that petitioner's petition for writ of habeas corpus pursuant to 28 USC Sec 2254 (Doc.1) is hereby DENIED with prejudice. The Court certifies that an appeal of this order would not be taken in good faith and DENIES petitioner leave to appeal IFP.

A certificate of appealability shall not issue.


3/24/04                                                                                    JAMES BONINI, CLERK


                                                                                    ___s/William Miller_____
                                                                                    Deputy Clerk


Pursuant to S. D. Ohio Civ. R. 79.2(a) and (b), all models, diagrams, depositions, photographs, x-rays and other exhibits and materials filed or offered in evidence shall be withdrawn by counsel without further Order within six (6) months after final termination of the action. All materials not withdrawn shall be disposed of by the Clerk as waste.