**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To: David Billups

Street, Apt. No.; or PO Box No.:

City, State, ZIP+ 4:

PS Form 3800, April 2002        See Reverse for Instructions