UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
JAMES BONINI
CLERK

2004 APR -8 PM 12:48

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

DAVID BILLUPS,
 PETITIONER,

CASE NO. 1:01CV731
JUDGE DLOTT
MAGISTRATE JUDGE PERELMAN

-vs-

PAT HURLEY,
 RESPONDENT, /

### NOTICE OF CHANGE OF ADDRESS

Plaintiff, David Billups, brings notice to this Court of his new address:

David Billups
601 Dewdrop Circle, Apt. H
Cincinnati, Ohio
45240

Respectfully Submitted,

/s/ [signature]
David Billups
Dewdrop Circle, Apt H
Cincinnati, Ohio
45240

### CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing has been served to Counsel for Defendant at: M. Scott Criss #0068105, 105 E. Gay Street, Columbus, Ohio 43215 this 7th day of April 2004 by regular U.S. Mail.

/s/ [signature]
David Billups

1