IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
JAMES BONINI
CLERK

04 APR 15 AM 8:56

**DAVID BILLUPS,**
   **PLAINTIFF,**

-vs-

**CASE NO. 1:01cv731 –SJD**
**JUDGE SUSAN J. DLOTT**
**MAGISTRATE JUDGE PERELMAN**

**HAROLD CARTER,**
   **DEFENDANT.        /**

## NOTICE OF APPEAL

Plaintiff, David Billups, hereby appeals to the Sixth Circuit Court of Appeals from the Final Judgment of the District Court dismissing this case on April 9, 2004.

Respectfully Submitted,

/s/ [signature]
DAVID BILLUPS
601 DEWDROP CIRCLE APT. H
CINCINNATI, OHIO
45240

## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing has been mailed to Counsel for Defendant at: M. Scott Criss#0068105, 105 East Gay Street, Columbus, Ohio 43215 this 14th day of April 2004 by regular U.S. Mail.

/s/ [signature]
DAVID BILLUPS

1