# TRANSMISSION FORM

| | |
|---|---|
| **District Court:** S.D. of Ohio (Western Division) | **APPEAL INFORMATION to be completed by the Sixth Circuit** |
| **District Court Case No:** 1:01cv0731 | **Court of Appeals No:** 04-3500 |
| **SHORT CAPTION**<br><br>*DAVID BILLUPS<br><br>Plaintiff/Petitioner<br><br>vs.<br><br>PAT HURLEY<br><br>Defendant/Respondent<br><br>601 Dewdrop Circle Apt. H<br>Cincinnati, Ohio 45240<br><br>*provide pro se address IF NOT on the docket sheet | **Case Manager:** JILL COLYER<br><br>**Date Filed:**<br><br>FILED<br>APR 21 2004<br>LEONARD GREEN, Clerk |
| **District Court Judge:** SUSAN J. DLOTT<br><br>**Court Reporter(s):** | **Anything That Needs Special Attention**<br><br>NOTICE OF APPEAL(DOC.32) appealing ORDER(DOC.29) and JUDGMENT(DOC.30) entered on 3/24/2004. |
| **From Deputy Clerk:** ARTHUR HILL<br><br>**Date:** 4/15/2004 | |
| $255.00 Appeal Filing Fee Paid? NO | |

Stamps: FILED JAMES BONINI CLERK; 04 APR 22 PM 1:52 U.S. DISTRICT COURT SOUTHERN DIST. OHIO EAST. DIV. COLUMBUS; RECEIVED APR 15 2004 Leonard Green Clerk

---

**RECORD TRANSMISSION.**

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) (including the pre-sentence report psi)    Volume(s)

Deposition(s)    Volume(s)        Exhibit(s)    Volume(s)

Transcript(s)    Volume(s)        **Sealed**    Volume(s)

**Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

Clerk: _____ **JAMES BONINI** _____
United States District Court