No. 04-3500

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
AUG 1 3 2004
LEONARD GREEN, Clerk

| | | |
|---|---|---|
| DAVID BILLUPS, | ) | |
|     Petitioner-Appellant, | ) | |
| v. | ) | O R D E R |
| PAT HURLEY, | ) | |
|     Respondent-Appellee. | ) | |

Before: KEITH, MARTIN, and ROGERS, Circuit Judges.

This matter is before the court upon receipt from the appellee of a suggestion of death of the appellant on May 27, 2004. *See* Fed. R. App. P. 43(a)(1).

It is ordered that this habeas corpus appeal is dismissed.

ENTERED BY ORDER OF THE COURT

*Leonard Green*
Clerk

A TRUE COPY
Attest:
LEONARD GREEN, Clerk
By: Deputy Clerk